1  GEOFFREY A. HANSEN
   Acting Federal Public Defender
2  ELLEN V. LEONIDA
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone:  (510) 637-3500
   Fax: (510) 637-3507
5  Email: ellen_leonida@fd.org

6  Counsel for Defendant
   RONALD WAYNE POWERS, JR.
7

8
                    IN THE UNITED STATES DISTRICT COURT
9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
                              OAKLAND DIVISION
10

11  UNITED STATES OF AMERICA,              CR 12-00102 PJH

12         Plaintiff,                       STIPULATION AND ORDER
                                            MODIFYING CONDITIONS OF
13     v.                                   PRETRIAL RELEASE

14  RONALD WAYNE POWERS, JR.,

15         Defendant.

16     IT IS HEREBY STIPULATED, by and between the parties to this action, that the conditions

17  of pretrial release for Ronald Powers may be modified to allow him to travel to Citrus Heights for

18  a training seminar held by his employer on April 25, 2012.  The seminar will be for one day only

19  and will be held at 7975 Greenback Lane, Citrus Heights, CA.  Pretrial Services Officer Richard

20  Sarlatte is aware of the proposed modification and has no objection.   All other conditions of release

21  shall remain the same.

22  DATED: April 16, 2012                          /s/
                                           ELLEN V. LEONIDA
23                                         Assistant Federal Public Defender

24  DATED: April 16, 2012                          /s/
                                           BRIAN LEWIS
25                                         Assistant United States Attorney

26
    CR 12-00102 PJH
    Stipulation and Proposed Order Modifying
    Pretrial Release Conditions                   1

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of pretrial release for Ronald Powers shall be modified to allow him to travel to Citrus Heights on April 25, 2012. All other conditions of release shall remain the same.

IT IS SO ORDERED.

DATED: 4/13/12

_____
DONNA M. RYU
United States Magistrate Judge