GEOFFREY A. HANSEN
Acting Federal Public Defender
ELLEN V. LEONIDA
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500
Fax: (510) 637-3507
Email: ellen_leonida@fd.org

Counsel for Defendant
RONALD WAYNE POWERS, JR.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RONALD WAYNE POWERS, JR.,<br><br>Defendant. | CR 12-00102 PJH<br><br>STIPULATION AND [PROPOSED] ORDER MODIFYING BOND CONDITIONS |

Mr. Powers was originally charged in a two-count indictment with violations of 18 U.S.C. §§ 2252(a)(2) and 2252(a)(4)(B). On February 27, 2012, he was released on a $100,000 property bond, to the custody of his partner, Tim Taylor, and placed on electronic monitoring. The bond only permits Mr. Powers to leave the house for work, medical and legal appointments, and court appearances.

On March 14, 2012, Mr. Powers pled guilty to a single violation of 18 U.S.C. § 2252(a)(B)(4), pursuant to a plea agreement with the government. On August 8, 2012, he was sentenced to forty-eight months imprisonment. Mr. Powers was permitted to remain out of custody

1  and given a surrender date of October 8, 2012.

2  Mr. Powers is gainfully employed and he has fully complied with all conditions of his pre-
3  trial release for the past six months. Therefore, the parties stipulate and agree to a modification of
4  Mr. Powers' conditions of pre-trial release to permit Mr. Powers to leave his house, at the discretion
5  of pretrial services, for up to four hours per day. This would permit Mr. Powers to work in his
6  garden, walk his dogs, and run errands.

7  Pretrial Services Officer Victoria Gibson, who is supervising Mr. Powers, is agreeable to the
8  modification. Mr. Powers' custodian, Tim Taylor, is likewise agreeable to the modification of Mr.
9  Powers' release conditions.

10  The parties therefore respectfully request that the Court modify Mr. Powers' release
11  conditions to give Pretrial Services the discretion to permit Mr. Powers to leave his house for up to
12  four hours per day.

13
14  DATED:      August 23, 2012               /S/
                                              BRIAN LEWIS
15                                            Special Assistant United States Attorney

16  DATED:      August 23, 2012               /S/
                                              ELLEN LEONIDA
17                                            Assistant Federal Public Defender

CR 12-00102 PJH
Stipulation and [Proposed] Order Modifying
Bond Conditions                    2

# ORDER

GOOD CAUSE APPEARING, and pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the condition of Ronald Powers' pre-trial release be modified to to permit Mr. Powers to leave his house, at the discretion of pretrial services, for up to four hours per day.

IT IS SO ORDERED.

DATED: 08/28/12

*Kandis Westmore*
HON. KANDIS WESTMORE
United States Magistrate Judge

CR 12-00102 PJH
Stipulation and [Proposed] Order Modifying
Bond Conditions                     3