STEVEN G. KALAR
Federal Public Defender
ELLEN V. LEONIDA
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500
Fax: (510) 637-3507
Email: ellen_leonida@fd.org

Counsel for Defendant
RONALD WAYNE POWERS, JR.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RONALD WAYNE POWERS, JR., <br><br> Defendant. | CR 12-00102 PJH <br><br> STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING BOND CONDITIONS |

Mr. Powers was originally charged in a two-count indictment with violations of 18 U.S.C. §§ 2252(a)(2) and 2252(a)(4)(B). On February 27, 2012, he was released on a $100,000 property bond, to the custody of his partner, Tim Taylor, and placed on electronic monitoring. The bond only permitted Mr. Powers to leave the house for work, medical and legal appointments, and court appearances. Mr. Powers' bond was subsequently modified to permit Mr. Powers to leave his house, at the discretion of pretrial services, for up to four hours per day.

On March 14, 2012, Mr. Powers pled guilty to a single violation of 18 U.S.C. § 2252(a)(B)(4), pursuant to a plea agreement with the government. On August 8, 2012, he was

1   sentenced to forty-eight months imprisonment. Mr. Powers was permitted to remain out of custody
2   and given a surrender date of October 8, 2012. He was not designated by October 8, 2012, so his
3   surrender date was later extended to November 1, 2012. Mr. Powers has since been designated to
4   FCI Seagoville, near Dallas, Texas.

5       Mr. Powers is gainfully employed and he has fully complied with all conditions of his pre-
6   trial release for the past eight months. He will remain employed until one week prior to his self
7   surrender date. Therefore, the parties stipulate and agree to a modification of Mr. Powers' conditions
8   of pre-trial release to permit Mr. Powers to leave his house, at the discretion of pretrial services, for
9   up to six hours per day. The parties further stipulate that Mr. Powers may be released from
10  electronic monitoring on October 31, 2012, in order to allow him time to travel to Texas to self
11  surrender by noon, on November 1, 2012.

12      Pretrial Services Officer Victoria Gibson, who is supervising Mr. Powers, is agreeable to the
13  modification. Mr. Powers' custodian, Tim Taylor, is likewise agreeable to the modification of Mr.
14  Powers' release conditions.

15      The parties therefore respectfully request that the Court modify Mr. Powers' release
16  conditions to give Pretrial Services the discretion to permit Mr. Powers to leave his house for up to
17  six hours per day and to terminate his electronic monitoring one day early, on October 31, 2012.

18
19  DATED: October 17, 2012         /S/
                                                           BRIAN LEWIS
20                                                         Assistant United States Attorney

21  DATED: October 17, 2012         /S/
                                                           ELLEN LEONIDA
22                                                         Assistant Federal Public Defender

23
24
25
26
CR 12-00102 PJH
Stipulation and [Proposed] Order Modifying
Bond Conditions                                            2

# ORDER

GOOD CAUSE APPEARING, and pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the condition of Ronald Powers' pre-trial release be modified to to permit Mr. Powers to leave his house, at the discretion of pretrial services, for up to six hours per day and to terminate his location monitoring on October 31, 2012.

IT IS SO ORDERED.

DATED: 10/18/12

HON. KANDIS WESTMORE
United States Magistrate Judge

CR 12-00102 PJH
Stipulation and [~~Proposed~~] Order Modifying
Bond Conditions                    3